# EXHIBIT A

Case 4:21-cv-00125-SDJ   Document 1-1   Filed 02/09/21   Page 1 of 4 PageID #: 6



Filed: 11/23/2020 10:59 AM
Lynne Finley
District Clerk
Collin County, Texas
By Kathy Richardson Deputy
Envelope ID: 48336118



## The State of Texas
### Secretary of State

2021-321471-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

James Dowd vs TubeMaster Inc
471st District Court of Collin County, Texas
Cause No: 471049412020

was received by this office on October 2, 2020, and that a copy was forwarded on October 12, 2020, by CERTIFIED MAIL, return receipt requested to:

Clifford Johns Chief Executive Officer, TubeMaster, Inc
8008 Vinecrest Ave
Louisville, KY 40222

The PROCESS was returned to this office on October 30, 2020, Bearing the notation, Unable to Forward/ For Review.

Date issued: November 12, 2020

Ruth R. Hughs
Secretary of State
GF/mr

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Karen Fitzgerald on behalf of Karen Fitzgerald
Bar No. 11656750
karen@fitzgerald.law
Envelope ID: 48336118
Status as of 11/24/2020 8:05 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Troy Garris | | troy@garrishorn.com | 11/23/2020 10:59:58 AM | SENT |
| Karen Fitzgerald | | karen@fitzgerald.law | 11/23/2020 10:59:58 AM | SENT |
| Jan Gallagher | | jan@fitzgerald.law | 11/23/2020 10:59:58 AM | SENT |





STATE OF TEXAS )
COUNTY OF COLLIN )

I, Lynne Finley, District Clerk in and for Collin County Texas, do hereby certify that the above foregoing is a true and correct copy of the original document as the same appears on the file in the District Court, Collin County, Texas. Witness my hand and seal of said Court, this the 05 day of 02 A.D., 20 21

LYNNE FINLEY, DISTRICT CLERK
COLLIN COUNTY, TEXAS

_____ DEPUTY