In the United States District Court
Eastern District of Texas
Sherman Division

| | | |
|---|---|---|
| James Dowd | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:21-cv-00125-SDJ |
| | § | |
| TubeMaster, Inc. | § | |
| | § | |
| Defendant. | § | |

**Notice of Withdrawal of Co-Counsel for Plaintiff**

Plaintiff notifies this Court that the following attorney is withdrawing as co-counsel for Plaintiff:

Troy Garris
State Bar No. 24007226
Garris Horn, LLP
325 N. Saint Paul St., Suite 3100
Dallas, Texas 75201
301.461.8952
troy@garrishorn.com .

Karen Fitzgerald will remain lead counsel for Plaintiff James Dowd.

    Respectfully, submitted,
    /s/ Karen K. Fitzgerald
Karen K. Fitzgerald
State Bar No. 11656750
karen@fitzgerald.law
Fitzgerald Law, PLLC
8150 N. Central Expy, 10th Floor
Dallas TX 75206
(214) 265-9958

Notice of Withdrawal of Co-Counsel for Plaintiff    Page 1

                                      Counsel for Plaintiff James Dowd

## Certificate of Service

      I certify that on Monday, March 8, 2021, I electronically filed the foregoing using the Court's ECF system. The ECF system sent a "Notice of Electronic Filing" to these individuals who have consented in writing to accept this Notice as service of this document by electronic means:

    Craig A. McDougal
    Raymond Fischer
    Camille D. Griffith
    Kilpatrick Townsend & Stockton, LLP
    2001 Ross Avenue, Suite 4400
    Dallas, Texas 75201

                                        */s/ Karen K. Fitzgerald*
                                        Karen K. Fitzgerald